UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ASCENTO CAPITAL, LLC,

                              Plaintiff,                  **24 Civ. 6392 (AT) (GS)**

          -against-                                  **ORDER**

JANUSZ JEREMIASZ FILIPIAK,

                             Defendants.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       On September 13, 2024, the Court issued an Order to Show Cause concerning whether Plaintiff's then-counsel was admitted to practice in this Court or admitted *pro hac vice*. (Dkt. No. 14). In response to that order, the Clerk's Office terminated Plaintiff's motion for alternative service that had been filed on August 31, 2024. (Dkt. Entry for Sept. 13, 2024; *see* Dkt. No. 21).

       New counsel for Plaintiff has now appeared. (Dkt. Nos. 24–28). So far as the docket reflects, Defendant has not yet been served. Accordingly, Plaintiff is directed to submit a status letter by November 8, 2024, apprising the Court as to whether Plaintiff intends to file a renewed motion for alternative service or intends to effectuate (or has already effectuated) service through traditional means.

       **SO ORDERED.**

DATED:   November 1, 2024
                 New York, New York

_____
The Honorable Gary Stein
United States Magistrate Judge